UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIANO TAVAREZ, individually, and on behalf of all others similarly situated,

        Plaintiff,

-v-

DELUVIA, INC.,

        Defendant.

CIVIL ACTION NO.: 21 Civ. 9815 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 17, 2022, the Court held in abeyance Defendant's deadline to answer, move against, or otherwise respond to the complaint until after the parties appeared for a settlement conference. (ECF No. 11). Yesterday, March 14, 2022, the Court held a settlement conference with the parties; a settlement agreement was not reached. (ECF Minute Entry Mar. 14, 2022). Accordingly, Defendant shall answer, move against, or otherwise respond to the Complaint by **Thursday, April 14, 2022**.

Dated:    New York, New York
            March 15, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**